IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WANDA McCANN-SMITH,

                                                                     MEMORANDUM

               Plaintiff,

                                                                       10-cv-546-slc[1]

     v.

ST. MARY'S HOSPITAL,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Wanda McCann-Smith has filed a letter stating that she wishes to "withdraw [her] federal action . . . until a decision will be reached in the matter. Then [she] will continue [her] claim in federal court." In an October 19, 2010 order, I stated that I understood plaintiff to be seeking voluntary dismissal of the present case in order to seek a remedy from the Equal Employment Opportunities Commission, but I explained to her that once the court accepted her notice of voluntary dismissal, she would not be able to reopen her lawsuit under this case number. I gave plaintiff until November 1, 2010 to inform the court whether she would prefer to stay the case, that is, hold it open without taking any

---

[1] For the purpose of issuing this order, I am assuming jurisdiction over this case.

1

action on it, while she pursued her administrative remedies. Because plaintiff has not responded to the October 19 order, her notice of voluntary dismissal is ACCEPTED. The clerk of court is directed to close this case.

Entered this 8th day of November, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge