IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WANDA McCANN-SMITH,

                                                                                                     ORDER

                    Plaintiff,

                                                                                    10-cv-546-slc[1]

   v.

ST. MARY'S HOSPITAL,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This is a civil action for monetary relief in which plaintiff Wanda McCann-Smith contends that defendant St. Mary's Hospital wrongfully terminated her employment and treated her differently from other employees because of her race.

      In a November 24, 2010 order, I granted plaintiff's motion to vacate her notice of voluntary dismissal and instead stayed the case pending resolution of proceedings with the Equal Employment Opportunities Commission. Now plaintiff has filed a copy of the "right-to-sue" letter that she received from the Equal Employment Opportunities Commission. I take this to mean that plaintiff wishes to continue with her case in this court. Accordingly,

---

[1] For the purpose of issuing this order, I am assuming jurisdiction over this case.

1

IT IS ORDERED that the stay in the case is LIFTED. I will send a copy of plaintiff's complaint, the October 7, 2010 screening order and this order to the United States Marshal for service on defendant.

Entered this 11th day of January, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge